UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOANN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0551 |
| | ) | Judge Echols |
| MIKE GANNON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket Entry No. 16) is hereby GRANTED IN PART and DENIED IN PART as follows:

(1) The Motion to Dismiss is GRANTED with respect to Plaintiff's federal claims under the Fourteenth Amendment, 42 U.S.C. § 1985, 42 U.S.C. § 1986, and Plaintiff's official capacity claims against Defendants Mike Gannon and Billy Nichols and those claims are hereby DISMISSED. The Motion to Dismiss is also hereby GRANTED with respect to Plaintiff's state-law claims under the Tennessee Governmental Tort Liability Act, T.C.A. § 29-20-201 *et seq.*, and T.C.A. § 8-8-302 and those claims are hereby DISMISSED. Finally, the Motion to Dismiss is hereby GRANTED with respect to Plaintiff's request for a permanent injunction.

(2) The Motion to Dismiss is DENIED with respect to Plaintiff's federal claim under 42 U.S.C. § 1983 against Defendants Charlie Wilder and Vance Walker in their individual capacity. The Motion is also DENIED with respect to Plaintiff's assault and battery and trespass to chattel claims against those two Defendants.

1

This case is hereby returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 16.01.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE