```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

JOANN JOHNSON,              )
                            )
    Plaintiff          )
                            )
v.                          )       No. 3:09-0551
                            )       Judge Echols/Brown
MIKE GANNON, in his official)       **Jury Demand**
capacity as County Executive)
Cannon County, Tennessee, *et al.*,)
                            )
    Defendants         )

## O R D E R

A telephone conference with Magistrate Judge Brown to discuss case progress is set for **May 17, 2010, at 3:00 p.m. To participate in the conference call, parties shall call 615-695-2851 at 3:00 p.m.**

It is so **ORDERED**.

                                  /s/ Joe B. Brown
                                  JOE B. BROWN
                                  United States Magistrate Judge